**Fill in this information to identify your case:**

Debtor    RAMONA      DIANE      JACKSON

       First Name        Middle Name        Last Name

Debtor 2 _____

(Spouse If filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the:    District of _____

Middle District of Florida

Case number    _____ 8:19-bk-10278-CPM ____

(If known)

❑ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ❑   No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ❑✔   Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Progressive Leasing____ <br> Name <br><br> 256 W Data Street_____ <br> Number    Street <br><br> _Draper, Utah____    84020 _____ <br> City    State        ZIP Code | MEDINA PLUSH KING MATTRESS ICO, BLUE STABLE BASE KING BOX SPRING, BLUE STABLE BASE KING BOX SPRING |
| **2.2** _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City        State    ZIP Code | |
| **2.3** _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City        State    ZIP Code | |
| **2.4** _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City        State    ZIP Code | |
| **2.5** _____ <br> Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City        State    ZIP Code | |

Debtor 1    RAMONA            DIANE            JACKSON
_____
First Name          Middle Name          Last Name

Case number (*if known*)_____8:19-bk-10278-CPM_____

**Additional Page if You Have More Contracts or Leases**

| Person or company with whom you have the contract or lease | What the contract or lease is for |
|---|---|
| **2.2** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City                    State      ZIP Code | |
| **2._** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City                    State      ZIP Code | |
| **2._** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City                    State      ZIP Code | |
| **2._** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City                    State      ZIP Code | |
| **2._** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City                    State      ZIP Code | |
| **2._** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City                    State      ZIP Code | |
| **2._** _____<br>Name<br>_____<br>Number        Street<br>_____<br>City                    State      ZIP Code | |
| **2._** _____<br>Name<br>_____<br>Number        Street | |

_____
City                          State      ZIP Code

**Schedule G: Executory Contracts and Unexpired Leases** page ___ of ___